# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00205-RPM

JERRY PARKISON and
ALEXANDREA SHELLY,

    Plaintiffs,

v.

POLARIS INDUSTRIES, Inc.,

    Defendant.

_____

## FINAL ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS CAUSE having come on this day for consideration upon the Stipulated Motion for Dismissal with Prejudice of Plaintiffs and Defendant, and the Court being fully advised in the premises, it is thereupon.

ORDERED AND ADJUDGED that this case be and it is hereby **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Denver, Colorado, this 5th day of April, 2018.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge